**DISMISS and Opinion Filed July 23, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00592-CR**

**KENNETH DILLON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR1-23-1625**

**MEMORANDUM OPINION**

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Molberg

A jury convicted Kenneth Dillon of assault causing bodily injury of a family member. The Court now has before it appellant's motion to dismiss the appeal, asserting the trial court granted appellant's motion for new trial. The motion to dismiss the appeal is not signed by appellant, as is required by rule 42.2(a). *See* TEX. R. APP. P. 42.2(a). Therefore, we deny the motion to dismiss.

An order granting a motion for new trial restores the case to its position before the former trial, and the judgment is no longer in place. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.–Dallas 1996, no pet.). Absent

a judgment of conviction or other appealable order, there is nothing before the Court

over which we have jurisdiction. *See Wright v. State*, 969 S.W.2d 588, 589 (Tex

App.–Dallas 1998, no pet.).

We dismiss the appeal for want of jurisdiction.


/Ken Molberg/
KEN MOLBERG
Do Not Publish                        JUSTICE
TEX. R. APP. P. 47.2(b)
240592F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KENNETH DILLON, Appellant

No. 05-24-00592-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1, Rockwall County, Texas Trial Court Cause No. CR1-23-1625. Opinion delivered by Justice Molberg. Justices Carlyle and Smith participating.

Based on the Court's opinion of this date, we dismiss the appeal for want of jurisdiction entered July 23, 2024